**FISHER & PHILLIPS LLP**
Corporate Park III
580 Howard Avenue
Somerset, New Jersey 08873
(732) 560-7100
Attorneys for Plaintiff
The Great Atlantic & Pacific Tea Company, Inc.
Attorney of Record: DS4129

| | |
|---|---|
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | |
| v. | Civil Action No. |
| MICHAEL SISIA, | **RULE 7.1.1 DISCLOSURE STATEMENT ON BEHALF OF PLAINTIFF** |
| Defendant. | |

Pursuant to Rule 7.1. of the Federal Rules of Civil Procedure and Local Rule 7.1.1, the undersigned counsel for plaintiff The Great Atlantic & Pacific Tea Company, Inc. ("A&P") states that A&P is a publicly traded company on the New York Stock Exchange.

                                                          **FISHER & PHILLIPS LLP**

                                                          Attorneys for plaintiff
                                                          The Great Atlantic & Pacific Tea Company, Inc.

                                                          By: _____
                                                             DAVID E. STRAND/DS4129
                                                              For the Firm

Dated: May 29, 2007

1

NewJersey 139050.1