Lynelle J. Slivinski (LS-1210)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
10 Madison Avenue, Suite 402
Morristown, New Jersey 07960
(973) 656-1600
lynelle.slivinski@ogletreedeakins.com
Attorneys for Defendant
Michael Sisia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., | Case No. 07-CV-4114 |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| V. | **Document Electronically Filed** |
| MICHAEL SISIA, | |
| Defendant. | |

---

PLEASE TAKE NOTICE, that I have been retained by Defendant Michael Sisia, the above named defendant. I was admitted to practice in this District in 2000.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ Lynelle J. Slivinski
LYNELLE J. SLIVINSKI (LS-1210)
Attorneys for Defendant
(973) 656-1600

4998401.1