Jennifer Rygiel-Boyd (JR 5676)
Carmen J. DiMaria (*pro hac vice* pending)
Thomas Rattay (*pro hac vice* pending)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
10 Madison Avenue, Suite 402
Morristown, New Jersey 07960
Attorneys for Defendant



### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------
THE GREAT ATLANTIC & PACIFIC
TEA COMPANY, INC.,

    Plaintiff,

v.

MICHAEL SISIA,

    Defendant.
--------------------------------------------------

Civil Action No.07-CIV-4114

**ORDER ADMITTING
CARMEN J. DIMARIA, ESQ. AND
THOMAS J. RATTAY *PRO HAC VICE*
PURSUANT TO LOCAL RULE 1.3**

**THIS MATTER**, having come before the Court upon the application of Defendant for an Order pursuant to Local Rule 1.3;

**IT IS** on this 27th day of June 2007

**ORDERED** that Carmen J. DiMaria, Esq., in good standing, and Thomas J. Rattay, Esq., in good standing, be admitted as visiting attorneys, *pro hac vice*, to participate in all proceedings relative to the above-captioned matter.

JUN 2 7 2007

George B. Daniels

Hon. George B. Daniels, U.S.D.J.