UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE GREAT ATLANTIC & PACIFIC : Case No. 07-CV-4114
TEA COMPANY INC., :
 :
           Plaintiff, : **CONSENT ORDER**
 :
v. :
 :
MICHAEL SISIA, :
 :
           Defendant. :

---

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: OCT 29 2007*

THE MATTER IN CONTROVERSY in the above-captioned action having been amicably adjusted by and between the parties, the parties hereby agree and stipulate that the action be and hereby is dismissed in its entirety and with prejudice, without attorneys fees or costs to any party.

| FISHER & PHILLIPS, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| *[signature]* | *[signature]* |
| David E. Strand | Carmen J. DiMaria |
| Corporate Park III | 10 Madison Avenue, Suite 402 |
| 580 Howard Avenue | Morristown, NJ 07960 |
| Somerset, New Jersey 08873 | (973) 656-1600 (Telephone) |
| Telephone: (732) 560-7100 | (973) 656-1611 (Facsimile) |
| Facsimile (732) 560-0788 | Carmen.DiMaria@odnss.com |
| Attorneys for Plaintiff | Attorneys for Defendant |
| October 10, 2007 | October 22, 2007 |

IT IS SO ORDERED:

Dated: October ___, 2007      *[signature]*
    OCT 29 2007      Hon. George B. Daniels, U.S.D.J.
                                          HON. GEORGE B. DANIELS

5170747.1 (OGLETREE)